

# SEALED

**Office of the United States Attorney**
District of Nevada
501 Las Vegas Boulevard, Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336

1  STEVEN W. MYHRE
   Acting United States Attorney
2  CHAD W. MCHENRY
   Assistant United States Attorney
3  501 Las Vegas Blvd. Suite 1100
   Las Vegas, Nevada 89101
4  Telephone: (702) 388-6336
   Chad.W.McHenry@usdoj.gov

5  Attorney for Plaintiff



## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00130-JCM-NJK |
|---|---|
| Plaintiff | EX PARTE MOTION TO UNSEAL INDICTMENT |
| vs. | |
| BOB EDWARD HOLMES, JR., | |
| Defendant | |

COMES NOW, the United States of America by and through STEVEN W. MYHRE, Acting United States Attorney, and CHAD W. MCHENRY, Assistant United States Attorney, and respectfully moves this Court to unseal the Indictment in the above-captioned case. The defendant has been apprehended in the Middle District of Florida, and has his initial appearance at 2:15 pm Eastern Time today. The U.S. Attorney's Office there has requested that we unseal the indictment prior to his hearing.

Because there are no additional defendants in the case, and because Mr. Holmes is now aware of the indictment, there is no longer a need to keep this indictment sealed.

//

DATED this ___ day of May, 2017.

Respectfully Submitted,

STEVEN W. MYHRE
Acting United States Attorney

CHAD W. MCHENRY
Assistant United States Attorney

So ORDERED this _18_ day of May, 2017.

_____
HONORABLE
UNITED STATES JUDGE

2