STEVEN W. MYHRE
Acting United States Attorney
CHAD MCHENRY
Assistant United States Attorney
501 Las Vegas Boulevard South
Suite 1100
Las Vegas, Nevada 89101
702-388-6336

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:17-cr-00130-JCM-NJK |
| Plaintiff, | |
| vs. | UNITED STATES' MOTION TO UNSEAL CASE |
| BOB EDWARD HOLMES, JR., | |
| Defendant. | |

The United States of America, by and through STEVEN W. MYHRE, Acting United States Attorney, and CHAD W. MCHENRY, Assistant United States Attorney, and respectfully moves this Court to unseal the above-captioned case. Since there are no additional defendants, and Mr. Holmes is now aware of the indictment, there is no longer a need to keep this case sealed. Accordingly, the United States requests that this case and the filed documents previously sealed now be unsealed, including but not limited to the criminal information, plea memorandum, change of plea minutes, and change of plea order of forfeiture.

//

//

//

Dated this 7 day of June, 2017.

Respectfully Submitted,

STEVE W. MYHRE
Acting United States Attorney

/s/
CHAD MCHENRY
Assistant United States Attorney

So ORDERED this 7th day of June, 2017

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE