UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | 2:17-cr-00130-JCM-NJK |
| vs. | ) | |
| BOB EDWARD HOLMES, JR., | ) | **O R D E R** |
| Defendant. | ) | (Docket No. 10) |

Pending before the Court is the United States' motion to note arraignment hearing. Docket No. 10. The United States notes that Defendant was released on conditions in the Middle District of Florida on the instant case, and no date was set for his appearance in this District. *Id*. at 1-2. The Court therefore GRANTS the United States' motion. Docket No. 10 The Court SETS an initial appearance and arraignment and plea for Defendant on July 3, 2017, at 3:00 p.m. in Courtroom 3C.

IT IS SO ORDERED.

DATED: June 14, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge