# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff(s), <br> v. <br> BOB EDWARD HOLMES, JR., <br> Defendant(s). | Case No. 2:17-cr-00130-JCM-NJK <br> **ORDER** <br> (Docket No. 21) |

Pending before the Court is a stipulated protective order that would allow Defendant (accused in this case of, *inter alia*, aggravated identity theft) access to unredacted documents containing personal identifiers, including social security numbers, driver's license numbers, dates of birth, and addresses. Docket No. 21. A sufficient showing has not been made that providing Defendant such access is appropriate in this case. *See, e.g.*, *United States v. Amaralaborde*, 2017 U.S. Dist. Lexis 70694 (D. Nev. May 9, 2017). Accordingly, the stipulated protective order is **DENIED** without prejudice.

IT IS SO ORDERED

Dated: August 17, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge