RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_lazo@fd.org

Attorney for Bob Edward Holmes, Jr.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BOB EDWARD HOLMES, JR.,<br><br>　　　　　Defendant. | Case No. 2:17-cr-130-JCM-NJK<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Chad William McHenry, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Bob Edward Holmes, Jr., that the Change of Plea Hearing currently scheduled on June 11, 2018 at 10:30 am, be vacated and continued to July 5, 2018 at 10:00 am.

This Stipulation is entered into for the following reasons:

1.　Mr. Holmes aunt recently passed away. Her funeral will take place on the currently scheduled change of plea hearing date.

2.　Defendant is not incarcerated and does not object to a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 7th day of June, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>Acting United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Chad William McHenry*<br>By_____<br>CHAD WILLIAM MCHENRY<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

BOB EDWARD HOLMES, JR.,

    Defendant.

Case No. 2:17-cr-130-JCM-NJK

**ORDER**

    Based on the Stipulation of counsel and good cause appearing,

    IT IS THEREFORE ORDERED that the Change of Plea Hearing currently scheduled on June 11, 2018 at the hour of 10:30 a.m., be vacated and continued to **July 5, 2018 at the hour of 10:00 a.m.**

    DATED June 8, 2018.

                                                                                                                                      UNITED STATES DISTRICT JUDGE