# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BOB EDWARD HOLMES, JR.,<br><br>Defendant. | Case No.: 2:17-cr-00130-JCM-NJK<br><br>**ORDER GRANTING MOTION FOR MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE**<br><br>(Docket No. 44) |

Pending before the Court is Defendant's motion to modify conditions of pretrial release to permit travel. Docket No. 44. Defendant asks the Court to modify his conditions of release to allow him to attend a work-related seminar in San Jose, California from August 13-16, 2018. *Id*. at 2. Defendant further asks the Court to modify his conditions of release to require that he satisfy his outstanding warrant no later than September 1, 2018. *Id*. at 3-4. The United States submits that it does not oppose Defendant's request. Docket No. 46.

Accordingly, the Court GRANTS Defendant's motion. Docket No. 44.

IT IS ORDERED that Defendant's pretrial release conditions are modified to permit him to travel to San Jose, California, for a work-related seminar, from August 12, 2018, through August 16, 2018. Defendant must provide his travel itinerary to his Pretrial Services officer no later than 12:00 p.m. on August 10, 2018.

IT IS FURTHER ORDERED that Defendant's pretrial release conditions are modified to require him to satisfy any and all outstanding warrants no later than September 1, 2018.

IT IS FURTHER ORDERED that the hearing set for August 10, 2018, is VACATED.

IT IS SO ORDERED.

DATED: August 9, 2018.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE