# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>BOB EDWARD HOLMES, JR.,<br><br>    Defendant. | Case No. 2:17-cr-130-JCM-NJK<br><br>**ORDER** |

Pending before the Court is Defendant's unopposed motion to modify conditions of release. Docket No. 48. The Court GRANTS Defendant's motion. Defendant shall satisfy any outstanding bench warrants no later than September 8, 2018.

IT IS SO ORDERED.

DATED: August 23, 2018.

_____
NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE