# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-130-JCM-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| BOB EDWARD HOLMES, JR., | |
| Defendant. | |

IT IS ORDERED that Mr. Holmes shall satisfy any outstanding bench warrants no later than September 22, 2018.

DATED this 7th day of September, 2018.

_____
UNITED STATES MAGISTRATE JUDGE