RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Raquel_Lazo@fd.org

Attorney for Bob Edward Holmes, Jr.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>BOB EDWARD HOLMES, JR.,<br><br>  Defendant. | Case No. 2:17-cr-130-JCM-NJK<br><br>**STIPULATION TO CONTINUE SENTENCING HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Nicholas Dickinson, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Bob Edward Holmes, Jr., that the Sentencing Hearing currently scheduled on December 19, 2018 at 10:30 am, be vacated and continued to a date and time convenient to the Court, but no sooner than January 7, 2019.

The Stipulation is entered into for the following reasons:

1.  Mr. Holmes' mother will be having hip surgery the day before the currently scheduled sentencing hearing. Mr. Holmes lives with his mother. He is needed to assist with getting her the surgery and for all post-surgery assistance and follow up visits.

2. The parties agree to the continuance.

3. The additional time requested herein is not sought for purposes of delay, but merely to allow counsel for defendant sufficient time within which to be able to effectively and complete investigation of the discovery materials provided.

4. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the second request for continuance filed herein.

DATED this 12th day of December, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Nicholas Dickinson*<br>By_____<br>NICHOLAS DICKINSON<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-130-JCM-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| BOB EDWARD HOLMES, JR., | |
| Defendant. | |

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the sentencing hearing currently scheduled for Wednesday, December 19, 2018 at 10:30 a.m., be vacated and continued to **January 15, 2019** at the hour of **10:30 a.m**.

DATED December 17, 2018.

_____
UNITED STATES DISTRICT JUDGE